UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund et al.,

                    Plaintiffs,

v.

CM Ashland Construction Corp.,

                    Defendant.

25-CV-3388 (DEH)

ORDER

DALE E. HO, United States District Judge:

On April 24, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 19, 2025**. Respondent's opposition, if any, is due on **June 9, 2025**. Petitioners' reply, if any, is due on **June 16, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **May 5, 2025**.

SO ORDERED.

Dated: April 28, 2025
       New York, New York

                                      DALE E. HO
                                      United States District Judge