UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

CM ASHLAND CONSTRUCTION CORP.,

Respondent.

25 CIVIL 3388 (DEH)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 9, 2026, the Petition is GRANTED and Petitioner is awarded judgment in the amount of $101,235.32; pre-judgment interest on that amount at the rate of 9.50% per annum from January 9, 2025 through the date of judgment in the amount of $14,491.91; $1450 in attorney's fees and $527.60 in costs incurred; and post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a), accruing from the date of judgment until the Award is paid in full; accordingly, the case is closed.

**Dated:** New York, New York
July 13, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**